# UNITED STATES DISTRICT COURT
## District of Minnesota

Ying Thao,

Petitioner(s),

v.

Markwayne Mullin, U.S. Department of Homeland Security, Todd Blanche, David Venturella, David Easterwood,

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-03860-NEB-EMB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED in part:

2. Respondents are ENJOINED FROM removing Petitioner to a third country without notice and a meaningful opportunity to assert a fear-based claim before an immigration judge. Specifically:

   a. Respondents must provide Petitioner with a reasonable fear interview if he states a fear of removal;

   b. If Respondents determine that Petitioner states a reasonable fear of removal to the third country, then Respondents must move to reopen his removal

   proceedings for him to present a claim for withholding of removal or deferral of removal under the CAT to an immigration judge;

   c. If Respondents determine that Petitioner does not state a reasonable fear of removal to the third country, then Respondents must allow Petitioner 15 days to file a motion to

reopen his removal proceedings before removing him; and

3. Respondents Motion to Dissolve Temporary Restraining Order is DENIED.

4. Any remaining claims in the Petition for Writ of Habeas Corpus (ECF No. 1) are DENIED WITHOUT PREJUDICE.

Date: 9/29/2026

KATE M. FOGARTY, CLERK